CITY COUNCIL OF PHILADELPHIA, for Itself and on Behalf of the City of Philadelphia and Bondholders of Philadelphia Gas Works Revenue Bonds Issued by the City of Philadelphia and David Cohen, Marian Tasco and Angel Ortiz, Individual Members of the Philadelphia City Council and Resident Voters of Philadelphia and Customers of the Philadelphia Gas Works And Marian Tasco, as Chairperson of the Philadelphia Gas Commission, Appellants,

v.

COMMONWEALTH of Pennsylvania and Pennsylvania Public Utility Commission, Appellees.

City Council of Philadelphia, for Itself and on Behalf of the City of Philadelphia and Bondholders of Philadelphia Gas Works Revenue Bonds Issued by the City of Philadelphia and David Cohen, Marian Tasco and Angel Ortiz, Individual Members of the Philadelphia City Council and Resident Voters of Philadelphia and Customers of the Philadelphia Gas Works And Marian Tasco, as Chairperson of the Philadelphia Gas Commission

v.

Commonwealth of Pennsylvania and Pennsylvania Public Utility Commission.

Appeal of Action Alliance of Senior Citizens of Greater Philadelphia, The Consumers Education and Protective Association, The Association of Community Organizations for Reform Now and Leray Williamson, Intervenor.

Supreme Court of Pennsylvania.

April 15, 2004.

Robert Michael Jaffe, Esq., Stanley Jay Shapiro, Esq., James Patrick Leonard, Esq., for City Council of Philadelphia.

Robert Michael Jaffe, Esq., Stanley Jay Shapiro, Esq., James Patrick Leonard, Esq., for David Cohen.

Stanley Jay Shapiro, Esq., James Patrick Leonard, Esq., for Marian Tasco.

Stanley Jay Shapiro, Esq., James Patrick Leonard, Esq., for Angel Ortiz.

Stanley Jay Shapiro, Esq., for Customers of the Philadelphia Gas Works.

Sarah C. Yerger, Esq., Daniel J. Doyle, Esq., Gregory R. Neuhauser, Esq., for Commonwealth of Pennsylvania.

Stanley Eugene Brown, Esq., Bohdan R. Pankiw, Esq., for Pennsylvania Public Utility Commission.

George D. Gould, Esq., Philip Anton Bertocci, Esq., Attorney Laura Meredith Moskowitz, for Action Alliance of Senior Citizens.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Consumers Education and Protective Association.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Leray Williamson.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Association of Community Organizations for Reform Now.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Consumers Education and Protective Association.

Craig Allen Doll, Esq., for Apartment Association of Greater Philadelphia.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Leray Williamson.

George D. Gould, Esq., Philip Anton Bertocci, Esq., for Association of Community Organizations for Reform Now.

George D. Gould, Esq., Philip Anton Bertocci, Esq., Attorney Laura Meredith Moskowitz, for Action Alliance of Senior Citizens of Greater Philadelphia.

Daniel John Doyle, Esq., for Commonwealth of Pennsylvania.

Stanley Eugene Brown, Esq., Bohdan R. Pankiw, Esq., for Pennsylvania Public Utility Commission.

Charles W. Bowser, Esq., James Patrick Leonard, Esq., for City Council of Philadelphia.

Charles W. Bowser, Esq., for Bondholders of Philadelphia Gas Works Revenue Bonds.

James Patrick Leonard, Esq., for David Cohen.

James Patrick Leonard, Esq., for Marian Tasco.

Charles W. Bowser, Esq., for Angel Ortiz.

Craig Allen Doll, Esq., for Apartment Association of Greater Philadelphia.

Before: CAPPY, C.J., and CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of April of 2004, in light of the stipulation at argument by the parties that power over the Philadelphia Gas Works has been transferred to the Pennsylvania Utility Commission, the order of the Commonwealth Court granting the preliminary objections on the basis that these matters are not ripe is now **VACATED.** These matters are **REMANDED** to the Commonwealth Court for its expeditious consideration of the matters. Jurisdiction relinquished.

Justice NEWMAN did not participate in the consideration or decision of this case.